**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**RKR LEGAL**
Sina Rezvanpour, Esq. (274769)
sr@rkrlegal.com
Sara Rezvanpour, Esq. (275956)
sara@rkrlegal.com
Shuan Lue, Esq. (282883)
shuan@rkrlegal.com
245 Fischer Ave, Suite D1
Costa Mesa, California 92626
Telephone: (866) 502-0787
Facsimile: (866) 502-5065

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Andrew Staveley

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREW STAVELEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPRESS, LLC**<br><br>Defendant. | **Case No.:** CV14-05258 DMG (SHx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. DOLLY M. GEE** |

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**NOTICE IS HEREBY GIVEN** that the individual dispute between Plaintiff ANDREW STAVELEY ("Plaintiff") and Defendant EXPRESS, LLC ("Defendant") has been resolved in its entirety.  The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and without Prejudice as to the Putative Class Members without 30 days.  Plaintiff requests that all pending dates and filing requirements with regard to Defendant be vacated and that the Court set a deadline on or after March 27, 2015 for filing a Joint Dismissal.

Dated: February 27, 2015                                    Respectfully submitted,


                                              KAZEROUNI LAW GROUP, APC

                                              By: _____/s/ Matthew M. Loker___
                                                     MATTHEW M. LOKER, ESQ.
                                                     ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626